SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
8367 West Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 683-4788 – telephone
(702) 922-3851 – facsimile

*Attorney for Defendant James Ashworth*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DISH NETWORK, L.L.C., a Colorado limited liability company; ECHOSTAR TECHNOLOGIES, L.L.C., a Texas limited-liability company; and NAGRASTAR, L.L.C., a Colorado limited liability company; <br><br> Plaintiffs, <br><br> v. <br><br> JAMES ASHWORTH, an individual; <br><br> Defendant. | Case No.: 2:12-cv-00388-LRH-PAL <br><br> **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT JAMES ASHWORTH** |

  PLEASE TAKE NOTICE that Shawn A. Mangano, Esq., of Shawn A. Mangano, Ltd., is entering an appearance in this action as counsel of record for Defendant James Ashworth. All electronically filed documents in this action may be served on counsel through the Court's CM/ECF system. Service of any pleadings and papers in this action may also be served on counsel at following address:

1

Shawn A. Mangano, Esq.
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
8367 West Flamingo Road, Suite 100
Las Vegas, Nevada 8914
(702) 683-4788 – telephone
(702) 922-3851 – facsimile

Dated this 13th day of April 2012.

          SHAWN A. MANGANO, LTD.

          By: /s/ Shawn A. Mangano
          SHAWN A. MANGANO, ESQ.
          Nevada Bar No. 6730
          9960 West Flamingo Avenue, Suite 100
          Las Vegas, Nevada 89147

### **CERTIFICATE OF SERVICE**

Pursuant to LR 5-4, I hereby certify that a true and correct copy of this Notice of Appearance of Counsel on Behalf of Defendant James Ashworth was served via the Court's CM/ECF system on April 13, 2012.

          SHAWN A. MANGANO, LTD.

          By: /s/ Shawn A. Mangano
          SHAWN A. MANGANO, ESQ.