HAGAN NOLL & BOYLE LLC
820 GESSNER, SUITE 940
HOUSTON, TEXAS 77024
TEL: (713) 343-0478
FAX: (713) 758-0146

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES ASHWORTH,<br><br>Defendant. | Case No. 2:12-cv-00388-LRH-PAL<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Having considered the parties' Stipulation for Entry of Final Judgment and Permanent Injunction, the court file in this matter, and the applicable law, the Court approves the stipulation and **ORDERS** as follows:

(1) Defendant and anyone acting in active concert or participation with, or at the direction or control of Defendant, is hereby permanently enjoined from:

A. circumventing or assisting others in circumventing DISH Network's security system, or otherwise intercepting or assisting others in intercepting DISH Network's satellite signal;

B. testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.

(2) This permanent injunction takes effect immediately.

(3) Judgment is entered for DISH Network on Count I of the complaint alleging violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1), Count II alleging violations of the Federal Communications Act, 47 U.S.C. § 605(a), and Count III alleging violations of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a) and 2520.

(4) Statutory damages in the amount of $10,000 are awarded to DISH Network in accordance with 18 U.S.C. § 2520(c)(2)(B).

(5) Each party is to bear its own attorney's fees and costs.

(6) The Court retains jurisdiction over this action for the purpose of enforcing this final judgment and permanent injunction.

Dated: 10-4-12

_____
Hon. Larry R. Hicks
United States District Judge